# INTERMEDIATE COURT OF APPEALS OF HAWAI‘I

**March 18, 2013**

| | | |
|---|---|---|
| CAAP–12–00 00144 | Wells Fargo Bank N.A. v. Armitage | Affirmed |

**March 21, 2013**

| | | |
|---|---|---|
| 30070 | Collins v. Wassell | Affirmed |

**March 22, 2013**

| | | |
|---|---|---|
| CAAP–12–00 00485 | Grandinetti v. State | Affirmed |

**April 12, 2013**

| | | |
|---|---|---|
| CAAP–11–00 01078 | State v. Santiago | Affirmed |

**April 17, 2013**

| | | |
|---|---|---|
| CAAP–12–00 00357 | State v. Sabala | Vacated and Remanded |

**April 19, 2013**

| | | |
|---|---|---|
| 30343 | JS-L v. IS | Affirmed |